In the Matter of MARTIN J. SAWMA, Appellant, v THOMAS P. DINAPOLI, as State Comproller, Respondent.

Decided November 17, 2016

Appeal, insofar as taken from the August 2016 Appellate Division order, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such order does not finally determine the proceeding within the meaning of the

Constitution; appeal, insofar as taken from the May 2016 Appellate Division order, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.